228

Argued March 26, affirmed March 26, petition for rehearing
denied April 19, supplemental petition denied April 24,
petition for review denied June 19, 1973

STATE OF OREGON, *Respondent, v.* MARVIN
LEROY HUSSICK (No. C 72-07-2278 Cr), *Appellant.*

507 P2d 1157

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.